UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Dennis Keith Waters**                                    Docket No. 4:01-CR-23-1H

### Petition for Action on Supervised Release

COMES NOW Mindy L. Threlkeld, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dennis Keith Waters, who, upon an earlier plea of guilty to 18 U.S.C. §2113(a), Bank Robbery, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on February 20, 2002, to the custody of the Bureau of Prisons for a term of 168 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Dennis Keith Waters was released from custody on June 09, 2015, at which time the term of supervised release commenced.

The defendant released to the Middle District of North Carolina and was living at the Oxford House for recovering addicts. On November 3, 2015, the court was notified that the defendant had returned to the Eastern District of North Carolina and was residing with a girlfriend. While in the Middle District of North Carolina, the defendant admitted to using both marijuana and cocaine on September 19, 2015. On September 29, 2015, the defendant reported to the office and admitted to using cocaine for the last four days. The defendant was referred for inpatient treatment and completed his treatment on October 13, 2015. It was recommended that the defendant begin substance abuse treatment with our local treatment provider in the Eastern District of North Carolina and be enrolled in our Surprise Urinalysis Program.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On May 31, 2016, the defendant reported to the probation office and admitted to using marijuana on April 23, 2016. Additionally, he advised he used marijuana on May 26, 2016. Results from the National Lab revealed that the test taken on April 27, 2016, was positive for marijuana and the test taken on May 31, 2016, was positive for amphetamines. The defendant admits he only used marijuana, but was given the drugs by a friend and is unsure if there was anything else mixed in with the marijuana. Cognitive behavioral interventions were used and treatment has been increased. It is requested that the defendant serve 10 days in the custody of the Bureau of Prisons as a sanction for his drug use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 10 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Dennis Keith Waters
Docket No. 4:01-CR-23-1H
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
Senior U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2539
Executed On: June 16, 2016

### ORDER OF THE COURT

Considered and ordered this 20th day of June 2016, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge