UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

Motion for Revocation on Offender Under Supervised Release
Warrant Requested

| | | | |
|---|---|---|---|
| Name of Offender: | Dennis Keith Waters | Case Number: | 4:01-CR-23-1H |
| Name of Sentencing Judge: | Honorable Malcolm J. Howard | | |
| Date of Original Sentence: | February 20, 2002 | | |
| Original Offense: | 18 U,S.C. § 2113(a), Bank Robbery | | |
| Original Sentence: | 168 months imprisonment; 60 months supervised release | | |
| Type of Supervision: | Supervised Release | Supervision Started: | 06/09/2015 |
| Defense Attorney: | Debra C. Graves | | |

### EARLIER COURT ACTION

11/3/2015  A violation report was submitted to the court reporting that the defendant was released to the Middle District of North Carolina and was living at the Oxford House for recovering addicts. The court was notified that the defendant had returned to the Eastern District of North Carolina and was residing with a girlfriend. While in the Middle District of North Carolina, the defendant admitted to using both marijuana and cocaine on September 19, 2015. On September 29, 2015, the defendant reported to the office and admitted to using cocaine for the last four days. The defendant was referred for inpatient treatment and completed his treatment on October 13, 2015. It was recommended that the defendant begin substance abuse treatment with our local treatment provider in the Eastern District of North Carolina and be enrolled in our Surprise Urinalysis Program.

6/20/2016  As a result of testing positive for marijuana on April 27, 2016, and amphetamines on May 31, 2016, the court ordered that the defendant serve 10 days in the Bureau of Prisons. The defendant was scheduled to report to the Cumberland County Jail on July 18, 2016, to serve this sanction.

### PETITIONING THE COURT

Violation 1 -   <u>Using a controlled substance.</u>

   On July 1, 2016, the defendant signed an admission of drug use form acknowledging his use of marijuana on or about June 29, 2016.

On July 1, 2016, the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, verbally authorized the arrest and detention of defendant after he informed this officer that he was homeless and if he was not placed in custody, he would do anything necessary to survive that would likely result in his arrest. He provided this officer with a written statement acknowledging this information. In view thereof, we respectfully petition the court for the issuance of a warrant, that the defendant be continued in detention until a revocation hearing can be held, and recommend that the term of supervision be revoked.

This the 3rd day of July, 2016.

Dennis Keith Waters
Docket No. 4:01-CR-23-1H
PROB 12C
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2537
Executed On: July 03, 2016

THE COURT ORDERS:

☑ ISSUANCE OF A WARRANT. The Clerk shall provide a copy of the petition and warrant to the U.S. Probation Office and the U.S. Attorney's Office.
☐ OTHER:

_____  7/5/16
Malcolm J. Howard                 Date
Senior U.S. District Judge