PROB 18
(REV. 8/2/2010)

UNITED STATES DISTRICT COURT
FOR
EASTERN DISTRICT OF NORTH CAROLINA
Eastern    Division




RECEIVED JUL 1 2016
U.S. Marshals Service, EDNC

U.S.A. vs. WATERS

Case Number: 4:01-CR-23-1H

TO: ¹U.S. Marshal or Other Qualified Officer.

---

### WARRANT FOR ARREST

You are hereby commanded to arrest the within-named individual and bring them, forthwith, before United States District Court to answer charges that they have violated the conditions of their supervision imposed by the court

NAME:
Dennis Keith Waters

| SUPERVISION IMPOSED BY: | DATE IMPOSED |
|---|---|
| Senior United States Judge Malcolm J. Howard | February 20, 2002 |

TO BE BROUGHT BEFORE:
Any US Magistrate Judge for Initial Appearance on Motion for Revocation of Supervised Release

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Julie Richards Johnston | [signature] | July 5, 2016 |

---

### RETURN

| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| | 7/1/16 | 7/5/16 |

EXECUTING AGENCY (NAME AND ADDRESS)
USMS Fayetteville

| NAME | BY | DATE |
|---|---|---|
| D. Tsumura | J. Griffin | 7/6/16 |

---

¹Insert designation of officer to whom the warrant is issued, e.g. " any United States Marshal or any other authorized officer;" or "any United States marshal;" or "any Special Agent of the Federal Bureau of Investigation" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit".

FILED

JUL 07 2016

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK