UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 4:01-CR-23-1H

| | | |
|---|---|---|
| United States Of America | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| Dennis Keith Waters | ) | |
| | ) | |

On February 20, 2002, Dennis Keith Waters appeared before the Honorable Malcolm J. Howard, Senior U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to 18 U.S.C. § 2113(a) Bank Robbery, was sentenced to the custody of the Bureau of Prisons for a term of 168 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. Dennis Keith Waters was released from custody and the term of supervised release commenced on June 09, 2015.

From evidence presented at the revocation hearing on September 12, 2016, the court finds as a fact that Dennis Keith Waters, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 90 days and given 72 days credit for time served.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 12th day of September, 2016.

Malcolm J. Howard
Senior U.S. District Judge